| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **RKJ Hotel Management, LLC, a Nevada limited liability company** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3015551** |
| 4. | Debtor's address | **Principal place of business**  **31500 Wick Road**  **Romulus, MI 48174**  Number, Street, City, State & ZIP Code  **Wayne**  County | **Mailing address, if different from principal place of business**  **4558 Sherman Oaks Ave.**  **Sherman Oaks, CA 91403**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **RKJ Hotel Management, LLC, a Nevada limited liability company**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **RKJ Hotel Management, LLC, a Nevada limited liability company**  
Name

Case number (*if known*)

---

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **RKJ Hotel Management, LLC, a Nevada limited liability company**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2 / 9 / 2021
             MM / DD / YYYY

X _____           **Jeff Katofsky**
Signature of authorized representative of debtor    Printed name

Title  **Member and Authorized Representative**

**18. Signature of attorney**

X  */s/ Gerald M. Gordon*                          Date  02/09/2021
Signature of attorney for debtor                         MM / DD / YYYY

**Gerald M. Gordon**
Printed name

**Garman Turner Gordon**
Firm name

**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone  **725-777-3000**    Email address  ggordon@gtg.legal

**0229 NV**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

| Fill in this information to identify the case: |
|---|
| Debtor name **RKJ Hotel Management. LLC, a Nevada limited liability company** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/03/21     x _____
Signature of individual signing on behalf of debtor

**Jeff Katofsky**
Printed name

**Member and Authorized Representative**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RKJ Hotel Management, LLC, a Nevada limited liability company** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ernest Barreca** 4558 sherman Oaks Ave Sherman Oaks, CA 91403 | | | | | | $250,000.00 |
| **City of Romulus** 11111 Wayne Road Romulus, MI 48174 | | | | | | $180,947.87 |
| **Modern Parking Inc** 303 S. Union Ave Los Angeles, CA 90017 | | | | | | $150,000.00 |
| **Gary Salomons** 4558 Sherman Oaks Ave. Sherman Oaks, CA 91403 | | | | | | $116,461.45 |
| **Marriott International Inc.** 13682 Collections Center Dr Chicago, IL 60693 | | | | | | $100,000.00 |
| **SOM - Michigan Dept of Treasury** PO BOX 30406 Lansing, MI 48909 | | | | | | $82,988.20 |
| **Real Hospitality Group LLC** Attn: Benjamin Seidel, President 12800 Hospitality Way Ocean City, MD 21842 | | | | | | $76,572.98 |

Debtor **RKJ Hotel Management, LLC, a Nevada limited liability company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oracle America, Inc.**<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 | | | | | | $65,929.47 |
| **Comcast Business**<br>41112 Concept Dr<br>Plymouth, MI 48170 | | | | | | $37,461.49 |
| **M7 Services, LLC**<br>1310 Rankin Rd, Ste. 300<br>Houston, TX 77073 | | | | | | $27,778.49 |
| **Raven Computer Inc.**<br>19710 Ventura Blvd, Suite 108<br>Woodland Hills, CA 91364 | | | | | | $26,151.24 |
| **Wells Fargo Bank**<br>Attn: Managing Member<br>PO Box 6995<br>Portland, OR 97228 | | | | | | $24,381.00 |
| **Ascentium Capital LLC**<br>23970 U.S. Highway 59 North<br>Kingwood, TX 77339 | | | | | | $20,857.91 |
| **DTE Energy**<br>PO BOX 630795<br>Cincinnati, OH 45263 | | | | | | $19,939.74 |
| **Superior Lawn Care & Snow Removal, LLC**<br>c/o American Profit Recovery<br>34505 W. 12 Mile Road, Suite 333<br>Farmington Hills, MI 48331 | | | | | | $15,317.12 |
| **SOM - Michigan Dept of Treasury**<br>PO BOX 30781<br>Lansing, MI 48909 | | | | | | $11,602.00 |
| **Lardner Elevator**<br>729 Meldrum<br>Detroit, MI 48207 | | | | | | $11,244.55 |

Debtor **RKJ Hotel Management, LLC, a Nevada limited liability company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas Fire Protection c/o JSD Management Inc. 1283 College Park Dr. Dover, DE 19904-8713 | | | | | | $8,421.74 |
| Bright Stars Solution Corp. 30233 Southfield Rd #202 Southfield, MI 48076 | | | | | | $7,487.29 |
| Knowland Group LLC PO BOX 347710 Pittsburgh, PA 15251 | | | | | | $7,000.00 |

**United States Bankruptcy Court**
**District of Nevada**

In re   **RKJ Hotel Management, LLC, a Nevada limited liability company**   Case No. _____
                                                        Debtor(s)                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member and Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __8 Feb 21__

Jeff Katofsky/Member and Authorized Representative
Signer/Title

RKJ Hotel Management, LLC, a Nevada limited liability com
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

Gerald M. Gordon
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

5 Points Elevator Inc.
PO BOX 401559
Redford, MI 48240

AAA - Mail Stop 2
Acct No xxxx9000
1000 AAA Drive
Heathrow, FL 32746

ACE Sprinkler
17720 clarann street
melvindale, MI 48122

Adam M. Fishkind
Dykema Gossett PLLC
39577 Woodward Avenue
Bloomfield Hills, MI 48304

Advanced Heating & Cooling, LLC
c/o Kristen April Kreger
33006 7 Mile Rd. #206
Livonia, MI 48152

Alexis Ariella, LLC
c/o Sean Leoni
5455 Collingwood Circle
Calabasas, CA 91302

Allbridge
Acct No x7644
PO BOX 638671
Cincinnati, OH 45263

Ascentium Capital LLC
23970 U.S. Highway 59 North
Kingwood, TX 77339

Bright Stars Solution Corp.
30233 Southfield Rd #202
Southfield, MI 48076

Broadcast Music Inc.
PO BOX 630893
Cincinnati, OH 45263

```
Cintas Fire 636525
Acct No 7923
PO BOX 636525
Cincinnati, OH 45263

Cintas Fire Protection
Acct No xx9670
c/o JSD Management Inc.
1283 College Park Dr.
Dover, DE 19904-8713

City of Romulus
11111 Wayne Road
Romulus, MI 48174

Comcast Business
Acct No xxxx xx xxx xxx0234
41112 Concept Dr
Plymouth, MI 48170

ComSource Inc
Acct No xxD340
41271 Concept Dr.
Plymouth, MI 48170

DCVMB Assessment
PO BOX 33118
Detroit, MI 48232

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

DTE Energy
Acct No 9
PO BOX 630795
Cincinnati, OH 45263

DTE Energy (Gas)
Acct No 9
PO BOX 740786
Cincinnati, OH 45274

Ecolab Inc.
Acct No xxxxx7635
PO BOX 70343
Chicago, IL 60673

Ernest Barreca
4558 sherman Oaks Ave
Sherman Oaks, CA 91403
```

Fast Signs
37148 Six Mile Rd
Livonia, MI 48152

Frost Brown Todd LLC
Attention: John J. Tucker, Esq.
100 Crescent Court, Suite 350
Dallas, TX 75201

Gary Salomons
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

Gordon Food Sevice, Inc.
Acct No xxxxx4275
PO BOX 88029
Chicago, IL 60680

Insight Direct USA Inc.
Acct No xxxx7438
PO BOX 731069
Dallas, TX 75373

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

J.R. & Sons Services
23254 Croft Ave
Flat Rock, MI 48134

Jeff Katofsky, Esq.
4558 sherman Oaks Ave
Sherman Oaks, CA 91403

JP Morgan Chase Bank, N.A.
P.O. Box 6185
Westerville, OH 43086

Katofsky Family Trust
Jeff Katofsky, Trustee
Jyll Katofsky, Trustee
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

Knowland Group LLC
Acct No x-xxx1259
PO BOX 347710
Pittsburgh, PA 15251

Kriya RevGEN
2451 W Grapevine Mills Circle #400
Grapevine, TX 76051

```
Lardner Elevator
Acct No xx-x658-4
729 Meldrum
Detroit, MI 48207

Lennar Corporation
Attn: Alexandra Lumpkin, Counsel
700 NW 107 Avenue
Miami, FL 33172

Lexyl Travel Technologies, LLC
PO BOX 645452
Pittsburgh, PA 15264

Leya Construction
3319 Grindley Park
Dearborn, MI 48124

Lodging Fund REIT III OP, LP
c/o Dave Durell
644 Lovett S.E., Suite B
Grand Rapids, MI 49506

M7 Services, LLC
1310 Rankin Rd, Ste. 300
Houston, TX 77073

Mark Sadecki
Sadecki & Associates, PLLC
650 Boradway
P.O. Box
Davisburg, MI 48350-0310

Marriott International Inc.
Acct No x9A68
13682 Collections Center Dr
Chicago, IL 60693

Marriott International, Inc.
Attn: Law Department 52/923.27
10400 Femwood Road
Bethesda, MD 20817

Michigama Craft Brewing
3500 Hillshire Court
Ypsilanti, MI 48198

Michigan Office Solutions
2859 Walkent Drive NW
Grand Rapids, MI 49544
```

Mobile Air LLC
c/o Richard A. Muller
33233 Woodward Ave.
PO Box 3026
Birmingham, MI 48009

Modern Parking Inc
303 S. Union Ave
Los Angeles, CA 90017

Navitas Credit Corp
Acct No xxxx3454
201 Executive Center Dr. Suite 100
Columbia, SC 29210

Navitas Lease Corp.
P.O. Box 3491
Ponte Vedra, FL 32204

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101

On Hold Marketing & Comm
PO BOX 4797
Cary, NC 27519

Oracle America, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065

OTA Insight Ltd
Acct No xxxxx1422
Dept LA 24845
Pasadena, CA 91185

Outdoor Experts Inc.
c/o Patrick D. Hanes
1690 Watertower Pl.
Ste 300
East Lansing, MI 48823

Raven Computer Inc.
19710 Ventura Blvd, Suite 108
Woodland Hills, CA 91364

Real Hospitality Group LLC
Acct No #xxx - xelta
Attn: Benjamin Seidel, President
12800 Hospitality Way
Ocean City, MD 21842

RFID Hotel
55 Skyline Dr, Suite 2850
Lake Mary, FL 32746

Rialto Mortgage Finance, LLC,
Attn: Kenneth M. Gorsuch, Director
600 Madison Avenue, 12th Floor
New York, NY 10022

Rialto Mortgage Finance, LLC,
a Delaware limited liability company,
its successors and/or assigns
590 Madison Avenue, 9th Floor
New York, NY 10022

Robert B. Groholski
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Samra, LLC
c/o Dr. Jalil Rashti
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403

ScentAir technologies
Acct No xxx9409
PO BOX 978754
Dallas, TX 75397

SGR, LLC
c/o Betza Soofer
2815 Deep Canyon Drive
Beverly Hills, CA 90210

SLD Realty, Inc.
c/o J. Christian Hauser
1301 W. Long Lake, Suite 250
Troy, MI 48098

SOM - Dept of State
7064 Crowner Dr.
Lansing, MI 48980

SOM - Michigan Dept of Treasury
PO BOX 30406
Lansing, MI 48909

SOM - Michigan Dept of Treasury
PO BOX 30781
Lansing, MI 48909

SOM - Special Taxes Division
PO BOX 30781
Lansing, MI 48909

Starbucks Corporation
2401 Utah Ave South
Seattle, WA 98134

Steven Dornbos
c/o J. Christian Hauser
1301 W. Long Lake, Suite 250
Troy, MI 48098

Superior Lawn Care & Snow Removal, LLC
Acct No xxx3984
c/o American Profit Recovery
34505 W. 12 Mile Road, Suite 333
Farmington Hills, MI 48331

Sweet Bread, LLC
4558 sherman oaks ave
Sherman Oaks, CA 91403

TravelClick, Inc.
Acct No 3325
300 N. Martingale, Suite 650
Schaumburg, IL 60173

U.S. Attorney
Attn: Civil Division
211 W. Fort St., Ste. 2001
Detroit, MI 48226

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

United States Trustee
201 Superior Ave.
Suite 441
Cleveland, OH 44144

US Metro Bank
1055 N. Tustin Ave.
Anaheim, CA 92807

Vcorp Entity Services, LLC
c/o Anthony Palazzo
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952

Waste Management of Michigan, Inc.
Acct No xx-xxxxx-x3005
PO BOX 42090
Phoenix, AZ 85080

Wayne County Treasurer
400 Monroe Street, 5th Floor
Detroit, MI 48226

```
Weisman Holdings, LLC
c/o Sharen Golshan
2283 Startford Circle
Los Angeles, CA 90077

Wells Fargo Bank
Acct No xxxxx2067
Commericla Morgage Servicing
MAC A0293-080
2001 Clayton Road, 8th Floor
Concord, CA 94520

Wells Fargo Bank
Attn: Managing Member
PO Box 6995
Portland, OR 97228

Wells Fargo Bank, N.A.
Acct No xxxxx2067
Attn: Rachel McCray-Harms
550 S Tryon Street, 12th Floor
Charlotte, NC 28202

Wells Fargo Bank, N.A.
Acct No xxxxx2067
Attn: Client Solutions Group
2001 Clayton Road, Eighth Floor
Concord, CA 94520

Wells Fargo Bank, N.A.
Acct No xxxxx2067
Attn: CMS Cash Management Servicing
2001 Clayton Road, Eighth Floor
Concord, CA 94520

Wells Fargo FInancial Leasing, Inc.
Acct No xxxxx2067
800 Walnut, 4th Floor
Des Moines, IA 50309

West Side Beer Distributing
28100 Gorsuch Ave
Romulus, MI 48174

WFCM2020-C55-MI RHM, LLC
c/o Brian M. Moore
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

WOFM Inc.
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403
```

| Name, Address, Telephone No. & I.D. No.<br>**Gerald M. Gordon 0229**<br>**7251 Amigo Street, Suite 210**<br>**Las Vegas, NV 89119**<br>**725-777-3000**<br>**0229 NV** | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of Nevada | |
| In Re<br>**RKJ Hotel Management, LLC, a Nevada limited liability company**<br><br>Debtor(s) | BANKRUPTCY NO.<br>CHAPTER NO. **11** |

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I [We] __Jeff Katofsky__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 8/9/21

Signed: _____
Jeff Katofsky/Member and Authorized Representative
(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: 02/09/2021

Signed: */s/ Gerald M. Gordon*
_____
**Gerald M. Gordon 0229**
Attorney for Debtor(s)

# AUTORIZATION FOR THE COMMENCEMENT OF CHAPTER 11 CASE
# ON BEHALF OF
# RKJ HOTEL MANAGEMENT, LLC
## a Nevada limited liability company

February 8, 2021

The undersigned, WOFM Inc, a Nevada corporation ("**WOMF**"), being the Manager of RKJ Hotel Management LLC, a Nevada limited liability company ("**Company**"), in accordance with Resolutions adopted by WOMF at a meeting of its Board of Directors held on Fevruary 8, 2021, and as provided for in the *Restated Operating Agreement for RKJ Hotel Management, LLC, A Nevada Limited Liability Company*, dated October 31, 2016, in light of the involuntary shutdown of the Delta Hotel Detroit Metro Airport ("**Hotel**") on Wick Road in Romulus, Michigan as a result of Covid-19 pandemic, and the commencement of legal proceedings by RSS WFCM2020-C55-MI RHM, LLC, in the Circuit Court for the County of Wayne, being Case No.: 2020-016230-CB, and the appointment of a receiver over the Hotel in the proceedings, approves the following on behalf of Company:

1. to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "**Chapter 11 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**") being the United States Bankruptcy Court for the District of Nevada and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith;

2. Jeff Katofsky, the corporate secretary and president of the WOMF, and the Trustee of the Katofsky Family Trust, a member of RKJ is appointed as the authorized representative (the "**Authorized Representative**",) and in such capacity, acting alone, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, applications, papers, agreements, consents or documents, and to take any and all action that the Authorized Representative deems necessary or proper to conduct the affairs of the Company in the Chapter 11 Case, including, without limitation, to negotiate, file and confirm a plan of reorganization for the Company;

3. Without limiting the foregoing, that the Authorized Representative, and such other persons as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated or directed by any such person, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper and desirable to effectuate a successful Chapter 11 bankruptcy case with respect to the Company;

4. The Authorized Representative shall be designated as the responsible person in the Chapter 11 Case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed

to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case;

5. The Authorized Representative is authorized to employ the law firm of GARMAN TURNER GORDON as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith and to cause to be filed an appropriate application for authority to retain the services of GARMAN TURNER GORDON;

6. The Authorized Representative is authorized to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that he deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Case;

7. The Authorized Representative is authorized in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in his judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the actions authorized herein;

All members of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 8th day of February, 2021.

RKJ HOTEL MANAGEMENT LLC,
a Nevada limited liability company

By: WOFM Inc, a Nevada corporation
    By: _____
       Jeffrey Katofsky, President

2